**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 4, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00996-CV

---

### IN RE SHELBY LONGORIA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 1**
**Harris County, Texas**
**Trial Court Cause No. 414270**

---

## MEMORANDUM OPINION

On November 12, 2013, relator Shelby Longoria filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Loyd Wright, presiding judge of Probate Court No 1 of Harris County, to set aside his October 11, 2013 order denying relator's motion to dismiss counterclaims for

forum non conveniens, or alternatively, to abate pending resolution of the will contest and the Mexican litigation, and grant the same.

Relator has not shown his entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also lift our stay granted on February 3, 2014.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.